IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SOUTHERN BAPTIST
HOSPITAL OF FLORIDA, INC.
D/B/A BAPTIST MEDICAL
CENTER-SOUTH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3985

     Petitioner,

v.

JEAN CHARLES, JR., AS NEXT
FRIEND AND DULY
APPOINTED GUARDIAN OF HIS
SISTER, MARIE CHARLES, AND
HER MINOR CHILDREN,
ANGEL ALSTON, JAZMIN
HOUSTON AND ERVIN
ALSTON, MINORS, KRISTIN
FERNANDEZ, D.O., YUVAL Z.
NOAT, M.D., SAFEER A.
ASHRAF, M.D., INTEGRATED
COMMUNITY ONCOLOGY
NETWORK, LLC, A FLORIDA
LIMITED LIABILITY
CORPORATION, ANDREW
NAMEN, M.D., GREGORY J.
SENGSTOCK, M.D., JOHN D.
PENNINGTON, M.D., AND
EUGENE R. BEBEAU, M.D.,

     Respondents.

_____/

Opinion filed October 13, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

George N. Meros, Jr. and James Timothy Moore, Jr., of GrayRobinson, P.A., Tallahassee; William E. Kuntz, Michael H. Harmon and Earl E. Googe, Jr., of Smith Hulsey & Busey, Jacksonville; Jack E. Holt, III, of Grower, Ketcham, Rutherford, Bronson, Eide & Telan, P.A., Orlando, for Petitioner.

Bryan S. Gowdy, of Creed & Gowdy, P.A., Jacksonville, for Respondents Jean Charles, Jr., Marie Charles, Angel Alston, Jazmin Houston and Ervin Alston.

PER CURIAM.

Petitioner seeks certiorari review of an order granting a motion to compel discovery that contemplates a future order to determine the scope and breadth of the discovery and other related issues. However, as the order does not compel discovery, petitioner has not demonstrated that the order will result in irreparable harm. See Poston v. Wiggins, 112 So. 3d 783 (Fla. 1st DCA 2013). Accordingly, the petition for writ of certiorari is denied. AVCO Corp. v. Neff, 30 So. 597, 601 (Fla. 1st DCA 2010).

Respondents' motion, filed September 10, 2014, seeking dismissal of the petition is hereby denied.

THOMAS, ROBERTS, and RAY, JJ., CONCUR.